Anna Hsia (SBN 234179)
ZWILLGEN LAW LLP
369 Pine Street, Suite 506
San Francisco, CA 94104
Telephone: (415) 590-2335
Facsimile: (415) 636-5965
anna@zwillgen.com

Attorneys for Defendants
Onvoy, LLC and Inteliquent, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK AUSSIEKER, INIDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED<br><br>Plaintiff,<br><br>vs.<br><br>ONVOY, LLC; INTELIQUENT, INC.; BMD Realty, Inc. d/b/a KW EL DORADO HILLS, and DOES 1 through 10, inclusive, and each of them,<br><br>Defendants | Case No.: 2:19-cv-02344-TLN-DB<br><br>[*Assigned to Honorable Troy L. Nunley*]<br><br>**AMENDED STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 28 DAYS (L.R. 144)**<br><br>Current Response Date: February 3, 2020<br><br>New Response Date: February 7, 2020 |

Plaintiff Mark Aussieker ("Plaintiff") and Defendants Onvoy, LLC and Inteliquent, Inc. (collectively "Defendants" and together with Plaintiff, the "Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, the Parties on January 13, 2020 filed a Stipulation to Extend Time to Respond to Initial Complaint by Not More Than 28 Days (L.R.), extending the time to respond by twenty-one (21) calendar days to February 3, 2020;

WHEREAS, Defendants retained new counsel and the parties agree that good cause exists to extend the time to respond by an additional four (4) calendar days to February 7, 2020.

WHEREAS, Local Rule 144 provides that "[A]n initial stipulation extending time for no more than twenty-eight (28) days to respond to a complaint . . . may be filed without approval of the Court if the stipulation is signed on behalf of all parties who have appeared in the action and are affected by the stipulation."

WHEREAS, this Amended Stipulation to Extend Time to Respond would extend the date by which Defendants may file a responsive pleading to no more than twenty-eight (28) days from the original response date;

IT IS HEREBY STIPULATED AND AGREED that:

Defendants' deadline to file a responsive pleading to Plaintiff's Complaint shall be extended to and including February 7, 2020.

DATED: February 3, 2020            **ZWILLGEN LAW LLP**

                                                 By: /s/Anna Hsia
                                                      Anna Hsia (SBN 234179)
                                                      anna@zwillgen.com
                                                      Attorneys for Defendants
                                                      Onvoy, LLC and Inteliquent, Inc.

| | |
|---|---|
| DATED: February 3, 2020 | **LAW OFFICES OF TODD M. FRIEDMAN** |
| | By: /s/Adrian Bacon (with permission) |
| | Todd M. Friedman |
| | tfriedman@toddflaw.com |
| | Adrian Bacon |
| | abacon@toddflaw.com |
| | Attorneys for Plaintiff |
| | Mark Aussieker |

**ATTESTATION**

I, Anna Hsia, am the ECF user whose identification and password are being used to file this Stipulation and [Proposed] Order Extending Time to Respond to Initial Complaint by Not More Than 28 Days (L.R. 144). In compliance with L. R. 131, I hereby attest that all other signatories, on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

DATED: February 3, 2020

By: /s/Anna Hsia

**ORDER**

The Court, having reviewed the Amended Stipulation and Order Extending Time to Respond to Initial Complaint by Not More Than 28 Days, and finding good cause, issues the following Order:

The response date to the Plaintiff's Complaint for Defendants Onvoy, LLC and Inteliquent, Inc. shall be extended to February 7, 2020.

SO ORDERED.

DATED: February 3, 2020

_____
Troy L. Nunley
United States District Judge