K.P. DEAN HARPER (#127474)
JASON J. GRANSKOG (#190233)
BOWLES & VERNA LLP
2121 N. California Blvd., Suite 875
Walnut Creek, California 94596
Telephone: (925) 935-3300
Facsimile: (925) 935-0371
Email: dharper@bowlesverna.com
       jgranskog@bowlesverna.com

Attorneys for Defendant
BMD Realty, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK AUSSIEKER, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>ONVOY, LLC; INTELIQUENT, INC.; BMD REALTY, INC. d/b/a KW EL DORADO HILLS, and DOES 1 through 10, inclusive, and each of them,<br><br>Defendants. | Case No. 2:19-cv-02344-TLN-DB<br><br>**STIPULATION AND ORDER TO FURTHER EXTEND TIME FOR BMD REALTY, INC. TO RESPOND TO COMPLAINT** |

Plaintiff Mark Aussieker ("Plaintiff"), and Defendant BMD Realty, Inc. ("Defendant" and together with Plaintiff, the "Parties") by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on January 7, 2020 the Parties filed a Stipulation to Extend Time for BMD Realty, Inc. to Respond to Complaint, extending the time to respond by twenty-eight (28) calendar days to February 6, 2020;

WHEREAS, counsel for Plaintiff and Defendant meet and conferred via telephone on February 4, 2020, in an attempt to resolve factual questions raised by the complaint and for preliminary discussions regarding a potential resolution. To preserve the limited resources of the parties,

Defendant has requested, and Plaintiff has agreed, to an additional extension of time to respond to the Complaint so that such discussions may continue;

NOW THEREFORE, the parties hereby STIPULATE that Defendant's deadline to answer or otherwise respond to the Complaint shall be March 6, 2020.

**IT IS SO STIPULATED.**

Dated: February 5, 2020          BOWLES & VERNA LLP

                                 By: /s/*Jason J. Granskog*
                                     JASON J. GRANSKOG
                                     Attorneys for Defendant
                                     BMD Realty, Inc.

Dated: February 5, 2020          LAW OFFICES OF TODD M. FRIEDMAN

                                 By: /s/*Adrian R. Bacon* (as authorized on 2/4/20)
                                     ADRIAN R. BACON
                                     Attorneys for Plaintiff
                                     Mark Aussieker

## **ORDER**

The Court, having reviewed the Stipulation and Order to Further Extend Time for BMD Realty, Inc. to Respond to Complaint, and finding good cause, issues the following Order:

Defendant BMD Realty, Inc.'s deadline to answer or otherwise respond to the Complaint shall be extended to March 6, 2020.

SO ORDERED.

Dated: February 5, 2020

_____
Troy L. Nunley
United States District Judge